◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANA SANDERS, Appellant. [805 NYS2d 871]—

Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered July 25, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted arson in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Memorandum: On appeal from a judgment convicting him, upon a plea of guilty, of attempted arson in the second degree (Penal Law §§ 110.00, 150.15), defendant contends that County Court erred in failing to conduct a hearing to determine the amount of restitution. That contention is not preserved for our review (*see People v Horne*, 97 NY2d 404, 414 n 3 [2002]; *People*

*v Drew*, 16 AD3d 840, 841 [2005]). In any event, we note that the record contains sufficient evidence to support the amount of restitution ordered (*see* Penal Law § 60.27 [2]; *People v Kim*, 91 NY2d 407, 410-411 [1998]). We further reject the contention of defendant that the court erred in ordering him to pay restitution because the court did not order his codefendant to pay restitution. Defendant is liable for the entire amount under the doctrine of joint and several liability (*see Kim*, 91 NY2d at 412), and the propriety of the court's failure to order the codefendant to pay restitution is not properly before us. Present—Hurlbutt, J.P., Scudder, Gorski, Smith and Hayes, JJ.